We will now take our morning recess before we argue the last three cases of the day. Okay, got them ready. Okay. Counsel. Morning, your Honor. And may it please the court, Daniel Broderick, at the federal defender's office on behalf of Mr. Harrell. I'll try to reserve a few minutes for a vote. Your Honor, we're here primarily because the district court made some conclusions in its order that were unsupported by the record and some that were, frankly, impossible and clearly erroneous. The most critical one was that the district court found, and that's at least what the district court found, that receivers seized by the government were capable of receiving unauthorized programming. They were not. There was no evidence to support this. Neither of Mr. Toye's declarations says this. None of the information that we provided to the district court, that were all of the original examinations of each of these receivers, says that. And the reason it's impossible is because they couldn't. The information, in part. There are other reasons. But the main reason is that, as we put in excerpts of record at page 188 through 190, none, none of these receivers, that the government still maintains, were wedded to a smart card. Zero. They can't receive any signals, authorized or unauthorized, unless they're wedded to a smart card. The only two, or I think it may have been three, receivers that were wedded to a smart card, the government has returned because they never received any unauthorized signals and couldn't receive any. And all the rest couldn't. On the technology, I mean, the statute talks about modified or altered. And it's not clear whether they've been modified or altered. I understand your argument that they can't do it unless you program the smart card. But assume, let me finish this. You can correct me on this. Sorry. Okay. My law clerks do it all the time for a good reason. Okay. So my question is on a hypothetical. If the receiver could be modified and then the smart card had done to it what needed to be done, that without either of those two entities being modified or altered, would your argument still be the same if all the government had at that point was the modified or altered receiver? I would have more. I have more information other than what I just said. But my argument would still be the same. And the reason is because every receiver, under Your Honor's hypothetical, every receiver, even the ones received from DISH Network, are capable of being modified at some point by something. Well, but I'm saying that they have been modified. Right. And that's exactly why we made the distinction in the brief between the two receivers and the 12 receivers. Which two now? Because we have two. The two receivers that we indicated in our brief are actually ones that the DISH Network employees stated had at one point been modified to receive illegal signals. And you'd have to concede those were contraband. No, I don't, Your Honor. And the reason I don't have to is because as to the one there are two prongs to what makes them contraband. One is the actual modifications, and that I absolutely agree. As to that element of the contraband that they had at some point been modified, they couldn't anymore because they were essentially zapped, pardon the expression. But they got electronic countermeasures that made them incapable of doing that anymore. But the first part of that, of the statute 1029, requires that Mr. Harrell possess those two with intent to defraud. So I will concede that at least in terms of the plain language of the statute, 1029, those two had been modified. We don't know when. We don't know how far back. We know they weren't modified when they were in Mr. Harrell's possession because they had already been zapped before he got them. And so they couldn't take an electronic sealant when he had them. So because of that, I can't concede the first part of the statute, which there's no evidence that he intended to defraud with those two receivers. I wasn't asking you to talk about that. I was asking them. I was addressing your point that the smart card was the necessary link. So there are other parts of, obviously, other parts to the statute. Just as a technological matter, and I gather you are saying, if you need to modify or alter the receiver to make the smart card, when it's modified or altered, work to intercept the signals illegally, then you move on to whether it was the intent to defraud. Well, yes. Part of it is probably my ignorance as to the technology. My understanding is the ---- You don't know the technology, and you're standing up here arguing a technological case that puts us at a disadvantage. Well, I'm trying to get rid of your disadvantage. The receiver itself doesn't ---- that's just the technology to basically operate your television and to play the program. I mean, if you want to put a VCR or something or whatever. The smart card is what receives the signal. I understand that. I understand that. But if you have to modify the receiver to interact with the smart card, if you have to do something mechanical to the receiver, is my hypothetical question. I don't think you do, and there's nothing in the record to suggest you have to. There's absolutely zero in the record to suggest the receiver itself has to be modified. The smart card has to be modified. You can't read. The catch is, Your Honor, and this is where the whole stuff about box ---- How do you access the box key number? That's just what I was getting to, was the box keys. What the key is, and I think the government's analysis of it or explanations for it, calling it like a VIN number for a receiver is a pretty good way to look at it, that each receiver, okay, has a unique box key number. To get that, now, to get that from Mr. Harrell's perspective, he had to open up the receiver, okay? He had to plug the receiver, that's the JPEG. He had to plug the receiver into his computer, okay? And then the computer said, this is the VIN number or the box key number. But he had to open up the receiver to do that. Right. He had to open up the receiver to do that. Does that constitute modification or alteration? Well, if opening up the receiver, because he admits to doing that, okay, if opening up the receiver to remove the box key numbers, in Your Honor's opinion, qualifies as a modification under the statute to obtain unauthorized signal, then he can't get any of them back. Okay. Then he can't get any of them back. But there's no evidence to support that. There's no evidence to say that that box key number, taking the box key out, is a modification of the receiver to the statutory construction you just said. Well, that's why I said de novo. That's why I said de novo, because you have to interpret that statute to say if that's what it says. And there has to be evidence, because, again, the government bears the burden of proof. So the government has to have evidence that says that specific modification, the one Your Honor is talking about, or modification, the removal of the box keys, printing them on the outside, is to receive an unauthorized signal. Now, stop right there. Stop right there. As I understand it, there's this J-something port. JPEG, I think. Right. Okay. But the port normally is on the outside of the machine. All computers have ports. So I don't think you have to open up the machine to get the box key number. Now, maybe I'm misinterpreting.  You do have to open it up. So the J-port's inside of the machine. Right. Well, then how do they find the scratches on the J-port? It's on the actual ñ well, it's on the inside, because you have to hook something into that internal port. I understand the port. So you have to open the case, and you'll find a port inside of the case, which you hook up. That's where they found the solder and the scratches. That's where the scratches. Gotcha. Okay. That's where the scratches and everything were. Okay. And you have to ñ and by linking that up ñ now, the problem ñ And I take it that the box key number is used by the smart card. Yes. That's what ñ Because that's what activates the two. Right. The box key number is also ñ and this is the important part with respect to Mr. Harrell's position. The box key number is also what tells the DISH network whether that particular receiver owes money, whether that person who had that, who may be ñ who had it before and had a DISH network and then abandoned the service, didn't pay their outstanding bill. If somebody wants to buy that receiver from Mr. Harrell, before they can put that receiver into service, they have to ñ they have to call DISH network and say, does this receiver have an outstanding bill? And so that's why he put in his eBay ad, which is in the record, this is the number, so go ahead, find out if it owes any money, and ñ because people aren't going to buy it on eBay if it still owes money for DISH network. And that's the sole reason he did it. And that's not to obtain an unauthorized signal. In fact, just the opposite. It's there to obtain an authorized signal because it gets them to contact DISH network. You have 45 seconds left. Do you want to save it? I'll save it. Thank you, Your Honor. Tell us why you need the box key number instead of the serial number to accomplish what you just said. Now or later? On later. You can think about it. I didn't hear the answer. Now or later. Later is fine. I don't want to eat and do that. Okay. Okay. Good morning, Your Honor. Sean Flynn on behalf of the United States. Can you tell us what altering and amending occurs when you write in ink something on the top of a box? What have you altered or amended? Your Honor, once the box key number is extracted from the machine, that machine, the four corners of the satellite television receiver have been altered or modified. And, indeed, that receiver is capable of receiving it. So it has nothing to do with writing the number on top of the box? Your Honor, that's not all he did was write the number on top of the box. No, no. But I asked how that would alter or amend a machine to write on top of a box number 3 or a pin number or whatever number is, his draft card number, whatever it is. You write on top of a box, how that could alter or amend anything? Well, Your Honor, if I may, Your Honor, when you write what's in this instance the box key number, which is a secret proprietary encryption code, when you write that number on the outside of the box, you are disclosing that secret encryption code to the world. Yes. You're disclosing it. Now, how does it alter or amend the box? It now makes that box is now altered or modified in that now it is able, that box key number, whoever possesses that receiver can now take that box key number and program a smart card. That's also true if you tell them the number, if you tell a person that number. Your Honor, the only way to get that number out is to extract it from the box. Now you're talking about getting it out. I'm asking you just about writing the number on the box. That's not altering or amending, or it is? Your Honor, it is one way in which the box is altered or modified. Correct. And if you told the person that number, would that be altering or amending the box? Your Honor, I believe it would. If you disclose that number to another party, I believe that is altering or modifying that box. Well, okay. Let me ask you a question. No, finish up. Well, no, I was just going to ask him what else constitutes altering or amending. One, altering or amending would be telling somebody the number of the box. It's modifying. Altering or modifying. Your Honor, we haven't — that's not what we allege in our brief. That's not what the government is saying. What we're saying is that these receivers have been altered or modified because the defendant actually pried these boxes open, extracted a secret, proprietary 16-digit code from each of these boxes, and then wrote that box using a variety of piracy hardware and software, which the defendant hasn't even asked for back, recognizing that it has no legitimate commercial purpose. That was going to be my question. When you open the box and find the J-port, you then plug in your cable, put it into a computer, but the computer has to have some sort of software to extract that number. It just doesn't appear magically. Is that what you're saying? That's correct, Your Honor. You have to use some sort of pirating software to make it appear on your screen. That's correct, Your Honor. But it's not like counsel said. You just plug it in and it pops open. That's right, Your Honor. You actually have what's called a JTAG interface device. And I should say, Your Honor, these machines obviously weren't meant to fit that device. So what the defendant in this case has done, and which the record makes clear, is he's taken solder and he's manipulated the JTAG port on the input-output port on the inside of the machine. On one machine. There was solder on one machine. That's correct, Your Honor. But the box key, he's admittedly extracted these box key numbers through this process, which we discussed. Now, how does that alter the machine? Is that because within the software of the machine, the number is embedded? That's correct. And it can't be taken out without, if you will, proprietary or devices to extract it. And so by doing that, because normal people don't do that, I guess. That's correct, Your Honor. Okay. So is your argument, then, if I, in a benign way, access the internal number and then print that number on the outside of the receivers? Now God, instead of internal hidden number, now if I look at it like the serial number, which is on the outside of the box, I now have put the box key number on the outside. That is an alteration or a modification of the receiver? Yes. Because now you have an external, externally viewable box key number? It is, Your Honor. But I would argue one point. And I'm hypothesizing you don't have to open it up. You extract it by, you know, an external connector, which just comes up close, you know, gets close enough to the port so it reads through the box without opening it. Yes, Your Honor. I would argue that both instances, when you actually pry open the box, that's altering or modifying. But indeed, even when you don't have to open the box physically, if you just stuck a piracy device onto the JTAC port and sucked out this proprietary code, that also is altering or modifying it. But you'd have to write it on the outside of the receiver. No. He could write it on a piece of paper, Your Honor, and keep it in the box. Or you could just tell somebody, and that would be doing it. That's correct, Your Honor, as well. Once that code ---- Is that because at that point, the buyer, if you will, having been disclosed the ---- been told the number, whether it's write-on, tell-on, paper-on, now goes to the smart card and uses that number somehow on the smart card to illegally access. That's correct, Your Honor. The box key number taken out of the receiver can then be used to ---- it's part of the reprogramming process of the smart card, the DISH network smart card. If you have that box key number, you must have the box key number to reprogram the smart card. You marry the two together, and they're able to ---- and now that device is able to receive satellite or pirated satellite communications. But, Your Honor, he not only did the defendant have DISH network smart cards, which were so modified, which were so altered, he also had these Add Omega 128 devices, which are mentioned in the record, which are piracy materials, solely piracy materials, which are meant to mimic smart cards, which are meant to mimic smart cards and allow the receipt of this pirated, unpaid-for satellite television service. He had those cards as well. He hasn't asked for them back because he recognizes that they have no legitimate commercial purpose. Your Honor, if I just ---- if I may talk about one point that the defendant raised regarding the putting the two receivers into service. There were two receivers. Let's stop there just a second. So you're saying that because he puts the number on the outside or writes it on a piece of paper or tells them, and because he has a card that he can provide at the same time to someone like me who can't even turn it on, that that shows you that he's now modified the device? Because you don't have to be a technician to do if what you say is correct, because he gives you the card, which can use the number which is on the outside of the box to illegally access, and I don't have to be a real genius to do that because it's all done for me. Is that right? That's correct, Your Honor. What the government is arguing, essentially, the main point is that, again, once this number is extracted from the receiver, that the two-by-three box that fits under your television, that receiver is now capable. Nothing more needs to be done to the receiver to enable for that equipment to receive unauthorized service, other than this is smart card insertion. But that piece of equipment in and of itself is capable of receiving pirated communications. What had to be done to the equipment other than the card to make it capable of receiving it? Nothing, Your Honor. The card or one of these Atomega 128 devices which the defendant had that meets it. But that means you don't have to do anything to the device, the box, the equipment in order to – all you need is to know about the smart card. That's right, Your Honor. Now, there could be other things that would be done to the box. Now, the defendant also had in his possession these EPROM or digital locks, which – and there's evidence in the record that once those are inserted into a – into the satellite receiver, now that receiver not only can it receive pirated satellite communications, but that receiver can avoid the electronic countermeasures, these digital bullets that DISH network sends through the air to disable the smart card. I'd like to go back to what's happened to these receivers. You've gotten the information out of them. Yes, Your Honor. You've written a number on top of the box. Yes, Your Honor. And that is altering the receivers. Your Honor, the government argues that that is modifying or altering to obtain unauthorized use of telecommunications services under Section 1020. And the modification is? The modification is the prying open of the box, the attachment of the JTAG interface device, the hooking up of the piracy software and hardware, and the sucking out of this 16-digit proprietary secret code, and then writing it on the box. That, Your Honor, is altering or modifying that machine to receive unauthorized service. Even though the machine is exactly in the same condition when you finish, other than the writing of the number on top? It's not, Your Honor. That's what I'm saying. How is it not? Well, with regard to each and every one of these 14 receivers, there were certain scratches, what are called scratches, marks and mars on the JTAG. Scratches and the information on top. I mean, if I scratch my whatever they leave, I don't know, I've got something from HBO or one of those companies. And if I go in to try to get the machine to work, which I never can do, and if I scratch it, I've altered it. Your Honor, I see that I'm out of time. May I answer your question? Yes, certainly. Your Honor, if what Your Honor is worried about is physical signs of these receivers being altered or modified, those physical signs were there with regard to the scratches, marks and mars and the fact that he pried these machines open. But that's not what the government is relying on, Your Honor. The fact that the code has been taken out and written on the machine and then extracted to the public. It's like taking the toothpaste out of the tube. You can't get the toothpaste back in the tube, Your Honor. Once this code is out, it's out. And now it can be used to program a variety of piracy hardware and software to make that receiver. Excuse me a second. They could easily have passed a statute that said if you obtain the information as to the number unlawfully or you obtain it at all or pass it on or anything relating to the information, what they said was if you alter or what is it? Modify. Modify the device. That's a totally different thing from saying if you get the information and distribute it improperly. Your Honor, I think we're at an impasse. I mean. I guess so. I've got the book. I'll say Brunetti's got a question. Let me solve your impasse. I think he admits that he wrote the number on it, right? He does, Your Honor. Okay. Zorro is out fighting. And they said, who is this man? Somebody takes his mask off and they say it's Brunetti. That's exactly what they did to this machine. The machine had a mask on it that nobody could see who it was. They took the mask off by taking the number out. Is that what you're arguing? Yes, Your Honor. Okay. Not a very good argument. I'm sorry. You're saying he put a Z on the receiver? No, Your Honor. Thank you, Your Honor. Thank you, counsel. That's how he got the scratches with it. Now, the question I was posing to you, you said, as I understand it, he's saying, well, I need the box key number so that the purchaser can know whether there's an account balance. Right. Isn't the serial number what they used? No, because what he needed was, because he didn't have any smart cards. I'm sorry, but. He didn't have any smart cards, which would have told whether, the only thing it's going to tell, the serial number is not enough. There's nothing in the record that suggests the serial number has any value to anybody at any place. The only evidence in the record is that you needed the box key numbers to determine that. There's no evidence in the record what those serial numbers mean, do, or work. So, some poor guy who gets a receiver who doesn't know any of this technology will never know whether there's an account balance until he turns it on and dish says, ah-ha, box key number X. They don't know anything about the serial number of this machine. Right. They're going to say, you owe us $500, and then we'll send you a smart card because you don't have a smart card with any of these. That's why they need the box card numbers, because they didn't have any smart cards. So there was no way to check those. As far as Zorro's analogy, the Zorro analogy over here, Your Honor, if Zorro were hurt, okay, and you wanted to go to someplace to get fixed, you don't have to go to Dish Network, okay? If you were stabbed with another sword, you could go to Radio Shack. Well, Radio Shack Hospital and get hurt, which is what everybody can do here. Radio Shack is exactly the same equipment that he has. It's not all a piracy device. They specifically labeled stuff that was piracy. Would Radio Shack give you the box key number? Radio Shack would have to get the box key number to figure out, to contact with Dish and what's wrong with it. And would Radio Shack give you the box key number? If you asked them, I don't know. I assume they'd tell you. Well, that's important. There's no reason they couldn't. The importance is that with the box key number, then you can do anything you want with the box. That's the difference. Right. If I'm looking at a box that has no numbers on it, I have no clue how to access the internal electronics nor to put in the smart card to make it work. So box key number becomes critical. That's why it's there. Right. The box key number is like a VIN number. If you want to know if your car is stolen, you've got to know the VIN number. So if you want to know if this is a stolen receiver, you'd want to know what the box key number is. Well, that's one way to look at it, yeah. Right. It's the same thing. I would indicate, Your Honor, 139. And if you wanted to pirate signals and you need the box key number so that you could modify or use a modified smart key. Absolutely true. There is no question that some people somewhere, not Mr. Harrell, do exactly what the government is all concerned about or what DISH Network is all concerned about. They start with this. They go to this step. They go to the next step and the next step. The problem with Mr. Harrell is he didn't do any of that stuff. Okay. And they can't believe there's a legitimate reason to sell these things. Do we ignore all the other contraband he had that he's not asking to be returned? You don't have to ignore it. He explained how he got those. He got grab bags. And it's in the record. He got grab bags of miscellaneous electronic equipment. And the government actually has gone through it. I was just going to indicate, Your Honor, that your question about plugging it into the computer, that came from actually page 139 and 140 of the excerpts of record. So that explains where that came from. Okay. There are other ways to do it other than using a piracy device. But you have to plug it in to the computer to get that information. Sure. But you don't have to necessarily have a piracy device. Well, but you've got it's not going to pop up automatically. On your computer. You have to have some kind of software. That's right. Right. But some of the software he had was not piracy software that would have allowed him to do that. That's why I'm just saying if you're willing to get that page in particular, identify certain things as piracy devices, other things as just programmers and programmers. So the key then to the government would be the only fact that they were able to go over the JPORT period. Because you can use legitimate software to get the number. Right. Exactly. That's exactly right. I could even do it. What? I guess I could even do it if I get the box open. And you can paint them, you can paint the boxes purple if you want. That would alter them and modify them. But I don't think it would violate the statute. Thank you, counsel. The case just argued will be submitted and then we'll try to figure it out. Okay. Next case for argument.
judges: Reinhardt, Brunetti, Fisher